

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR16- 0367-RGK-2 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| ALEC NICHOLAS TUNDIDOR, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will refrain from criminal conduct or obey conditions of release

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will obey conditions of release. Also, no adequate bail resources available.

IT IS ORDERED that defendant be detained.

DATED: 9/25/17

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE